# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Azael Dythian Perales</u>

      v.                        Case No. 1:11-fp-443

<u>US Marshals Service, et al</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The attachments to the [1] Complaint and the [2] Motion/Application to Proceed In Forma Pauperis both filed by Azael Dythian Perales in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in these documents.. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the [1] attachments to the Complaint and the [2] Motion/Application to Proceed In Forma Pauperis, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

     **SO ORDERED**.

                                                <u>/s/ Landya B. McCafferty</u>
                                                Landya B. McCafferty
                                                United States Magistrate Judge

Date: September 22, 2011

cc:     Azael Dythian Perales, <u>pro se</u>