# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Azael Dythian Perales</u>

      v.                                    Case No. 11-fp-443

<u>US Marshals Service, et al</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

      The Miscellaneous Filing in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Miscellaneous Filing.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Miscellaneous Filing, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

      /s/ Landya B. McCafferty
      Landya B. McCafferty
      United States Magistrate Judge

Date:  November 14, 2011

cc:     Azael Dythian Perales, pro se